1  BENJAMIN B. WAGNER
   United States Attorney
2  ALEX LOZADA
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12            Plaintiff,             )  2:12-MJ-00074-DAD
                                     )
13                                   )  STIPULATION TO VACATE COURT
       v.                            )  TRIAL AND SET CHANGE OF PLEA
14                                   )
    FIDEL CHAVEZ,                    )  DATE:  May 1, 2012
15                                   )  TIME:  9:00 a.m.
              Defendant.             )  JUDGE: Hon. Dale A. Drozd
16  _____ )

17

18

19        The United States, through its respective counsel, Alex

20  Lozada, Special Assistant United States Attorney, and Linda

21  Harter, Attorney for Fidel Chavez, hereby stipulate to vacate

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  the court trial currently scheduled for May 2, 2012 at 9:00 a.m.,

2  and set a change of plea hearing for May 1, 2012 at 10:00 a.m.

3

4

   DATED: April 23, 2012          BENJAMIN B. WAGNER
5                                 United States Attorney

6
                                  /s/ Alex Lozada
7                                 ALEX LOZADA
                                  Special Assistant U.S. Attorney
8

9  DATED: April 23, 2012          DANIEL J. BRODERICK
                                  Federal Defender
10

11                                (as authorized on 4/23/2012)
   DATED: April 23, 2012          /s/ Alex Lozada
12                                LINDA HARTER
                                  Chief Assistant Federal Defender
13                                Attorney for Defendant

14
                                  O R D E R
15
   IT IS SO ORDERED:
16
   DATED: April 23, 2012.
17

18

19                                DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE
20

21 dad1.crim
   chavez0074.stipo.set
22

23

24

25

26

27

28